1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   JUVENTINO RAMIREZ,              Case No. CV 14-8696 VAP (SS)

12              Petitioner,

13        v.                              JUDGMENT

14   AMY MILLER, Warden,

15              Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED: August 19 2015

25                                   VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE
26

27

28